**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-03057-LTB-KMT

MONIQUE WITTE,

       Plaintiff,

v.

THE MILLARD GROUP, INC., d/b/a MILLARD MALL SERVICES, INC.,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 15 - filed April 30, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                     s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED:   May 1, 2013